

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VICTOR ZAMARRIPA-BONILLA, a.k.a. Victor Zamarripa, a.k.a Victor Manuel Zamarripa, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 11-72530 <br><br> Agency No. A036-899-201 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 10, 2014[**]
Pasadena, California

Before: D.W. NELSON, PAEZ, and NGUYEN, Circuit Judges.

Victor Zamarripa-Bonilla ("Zamarripa") petitions for review of a final order

of removal from the Board of Immigration Appeals. We have jurisdiction pursuant

to 8 U.S.C. § 1252, and we dismiss the petition. The government proved through

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

admissible evidence that Zamarripa served a sentence longer than one year for violating California Penal Code § 273.5(a). Therefore, because a conviction under California Penal Code § 273.5(a) is categorically a crime of violence, Zamarripa was removable as an aggravated felon. 8 U.S.C. § 1227(a)(2)(A)(iii); *Banuelos-Ayon v. Holder*, 611 F.3d 1080, 1083 (9th Cir. 2010).

**PETITION FOR REVIEW DISMISSED.**